UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

ASK ALICE, LLC                                                     Chapter 7
fdba PIQUE, LLC,                                                   Case No.: 14-13161-SMB
      Debtor.
-------------------------------------------------------------X

## ORDER APPROVING ABANDONMENT

Upon the notice of proposed abandonment filed by Salvatore LaMonica, the Chapter 7 Trustee (the "Trustee") of the estate of Ask Alice, LLC fdba Pique, LLC (the "Debtor"), of the estate's right, title and interest in and to the Debtor's estate funds (the "Funds") in the approximate amount of $11,255.90 to secured creditor Tribeca 8F Inc. (the "Secured Creditor"), which Funds are the subject of Tribeca 8F Inc.'s security interest and are currently being held in the estate account [Dkt. No. 49]; and no objections to the proposed abandonment having been filed with the Court; and no further notice being necessary, it is hereby

ORDERED, that the Trustee's proposed abandonment of the estate's right, title and interest in and to the Funds be, and hereby is, approved effective as of August 26, 2016 and the Funds are deemed abandoned as of August 26, 2016; and, it is further

ORDERED, that the Trustee is authorized to remit the Funds to the Secured Creditor; and it is further

ORDERED, that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.

Dated: October 14th, 2016
   New York, New York

               /s/ STUART M. BERNSTEIN
               Honorable Stuart M. Bernstein
               United States Bankruptcy Judge